

**KARA THORVALDSEN**
617.422.5323(direct)
Kara.Thorvaldsen@wilsonelser.com

May 3, 2018

Hon. Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *United States of America ex rel. James F. Allen v. Alere Home Monitoring, Inc., et al.*, D.Mass.
      No. 1:16-CV-11372-PBS
      Our File: 19058.00001

Dear Judge Saris,

We represent defendant Advanced Cardio Services ("ACS") in the above referenced matter, and appeared before you on May 1, 2018, to argue a motion to dismiss on its behalf. During the hearing, Your Honor inquired whether the ACS enrollment form appended to the First Amended Complaint is still in use by ACS, but I was unable to state with certainty that it was not. Following the hearing, we have verified that the enrollment form in question is no longer in use. ACS is no longer doing business and filed a Certificate of Dissolution with the California Secretary of State on December 1, 2017.

I apologize that I was not able to answer your question at the time of the hearing. Thank you for your consideration.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s/ Kara Thorvaldsen

Kara Thorvaldsen
KT/bmh
cc:   All Counsel Of Record via ECF

260 Franklin Street, 14th Floor • Boston, MA 02110 • p 617.422.5300 • f 617.423.6917

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

1289606v.1