UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES F. ALLEN, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 16-cv-11372 |
| v. | ) ) ) | |
| ALERE HOME MONITORING, INC. | ) ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER SUBSTITUTING BETH ALLEN AS RELATOR AND DISMISSING THIS MATTER

Having fully reviewed the AGREED MOTION TO SUBSTITUTE BETH ALLEN AS RELATOR AND DISMISS, this Court hereby GRANTS the motion. Beth Allen is SUBSTITUTED AS RELATOR and this matter is hereby DISMISSED WITH PREJUDICE AS TO RELATOR AND WITHOUT PREJUDICE AS TO THE UNITED STATES.

Dated: 9/3/19

/s/ Patti B. Saris
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE

1